# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| GENARO GONZALES | CIVIL ACTION |
|---|---|
| VERSUS | NO. 11-1846 |
| N. BURL CAIN, WARDEN | SECTION "N"(2) |

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on December 21, 2011(Rec. Doc. No. 13), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Genaro Gonzales for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 22nd day of December, 2011.

UNITED STATES DISTRICT JUDGE